**Tabetha A. Martinez, Esq. (NV 14237)**
**James W. Fox, Esq. (NV 13122)**
**BURGER, MEYER & D'ANGELO, LLP**
725 S 8th Street, Suite 200
Las Vegas, NV 89101
**MAILING ADDRESS:**
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
Telephone: (949) 427-1888
Facsimile: (949) 427-1889
Email: tmartinez@burgermeyer.com
         jfox@burgermeyer.com

Attorneys for Defendants
SAM'S WEST, INC. dba
LAS VEGAS SAM'S CLUB #4974,
WALMART, INC. and WAL-MART STORES, INC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARIA CARMEN ANGUIANO SOTO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SAM'S WEST, INC. dba LAS VEGAS SAM'S CLUB #4974; WALMART, INC.; WAL-MART STORES, INC.; DOE PROPERTY OWNER I-V; ROE PROPERTY OWNER I-V; DOE JANITORIAL EMPLOYEE I-V; JANITORIAL COMPNAY I-V; ROE MAINTENANCE COMPANY IV; DOE MAINTENANCE WORKER I-V; DOE PROPERTY MANAGER I-V; DOE EMPLOYEE I-V; ROE EMPLOYER I-V; and ROE COMPANIES 1-V, inclusive, jointly and severally,<br><br>Defendants. | Case No.:   2:24-cv-01714-APG-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties in the above-entitled action, MARIA CARMEN ANGUIANO SOTO, SAM'S WEST, INC. dba LAS VEGAS SAM'S CLUB #4974, WALMART, INC. and WAL-MART STORES, INC, by and through their respective counsels of record, that, subject to the terms of the settlement agreement

signed by and entered into on behalf of all parties, that all claims and causes of action in the above-entitled action, including all direct claims, counterclaims, and cross-claims, are hereby dismissed <u>with prejudice</u> as to all parties, including as to all DOE and ROE defendants.

Each party is to bear its, his, or her own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated this 24th Day of March 2025.          **GINA CORENA & ASSOCIATES**

By: <u>/s/ Mahna Pourshaban</u>
Gina M. Corena, Esq., Bar No. 10330
Mahna Pourshaban, Esq., Bar No. 13743
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

Dated this 25th Day of March 2025.          **BURGER, MEYER & D'ANGELO, LLP**

<u>/s/ James W. Fox</u>
Tabetha A. Martinez, Esq., Bar No. 14237
James W. Fox, Esq., Bar No. 13122
*Attorneys for Defendants*

<u>ORDER</u>

Pursuant to the above Stipulation, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's Complaint in District Court Case No. 2:24-cv-01714-APG-EJY is dismissed WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED:

Dated: <u>March 27, 2025</u>

Respectfully submitted by:
**BURGER, MEYER & D'ANGELO, LLP**

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

*/s/ James W. Fox*
Tabetha A. Martinez, Esq.
James W. Fox, Esq.
Attorneys for Defendants